657 A.2d 937

**Mary T. ECKERT, Appellee,**

**v.**

**Victor C. QUERRY and the Pennsylvania Department of Transportation.**

**Appeal of the PENNSYLVANIA DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Submitted Jan. 26, 1995.

Decided May 15, 1995.

Ernest D. Preate, Jr., Atty.Gen., Brian H. Baxter, Deputy Atty.Gen., for appellant.

Richard N. Serbin, for Mary T. Eckert.

Edward T.J. Graboski, Robert J. Pfaff, Pfaff, McIntyre, Dugas & Hartye, for Victor C. Querry.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.